# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Dylan Shakespeare Robinson – 1;<br>Davon De-Andre Turner – 2;<br>Bryce Michael Williams – 3,<br>Branden Michael Wolfe –4,<br><br>    Defendants. | Crim. No. 20-181 (PJS/BRT)<br><br>**ORDER** |

This matter is before the Court on the Government's Motion for Continuance of Deadline to File Responses to Motions and Motions Hearing. (Doc. No. 78.) Counsel for the Defendants have no objection to continuing the motions related deadlines.

For good cause shown, is **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Continuance of Deadline to File Responses to Motions and Motions Hearing. (Doc. No. 78) is GRANTED.

2. All responses to motions must be filed by **October 23, 2020**. D. Minn. LR 12.1(c)(2).

3. Any Notice of Intent to Call Witnesses must be filed by **October 23, 2020**. D. Minn. LR. 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **October 26, 2020**. D. Minn. LR 12.1(c)(3)(B).

5.  A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a.  The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.  Oral argument is requested by either party in its motion, objection or response pleadings.

6.  In the event motions a hearing is required, the hearing will be set for **October 29, 2020**, beginning at 9:00 a.m. before Magistrate Judge Becky R. Thorson, the exact Courtroom will be determined and counsel will be notified prior to the hearing.

7.  The trial and other related dates are to be determined.


Dated: October 9, 2020                *s/ Becky R. Thorson*
                                      BECKY R. THORSON
                                      United States Magistrate Judge