# MAUZY LAW PA

**800 Pence Building**
**800 Hennepin Avenue**
**Minneapolis, Minnesota 55403**
**612/340-9108 telephone**
**612-340-1628 facsimile**
**www.mauzylawfirm.com**

William J. Mauzy*
wmauzy@mauzylawfirm.com

*Admitted to practice in Minnesota and Wisconsin

November 3, 2020

*E-Filed*

The Honorable Becky R. Thorson
United States District Court Magistrate Judge
646 Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

RE:   *United States of America v. Dylan Robinson*
      Court File No. 20-CR-181

Dear Judge Thorson:

    Please be advised that Defendant Robinson will be scheduling a plea hearing and withdraws his request for a motions hearing on Monday, November 9, 2020.

    Thank you.

Very truly yours,

*/s/ William J. Mauzy*

William J. Mauzy

WJM/ack