# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>Dylan Shakespeare Robinson,<br>    Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No: 20-CR-0181(1) (PJS/BRT)<br>Date: April 28, 2021<br>Court Reporter: Debra Beauvais<br>Courthouse: Minneapolis<br>Courtroom: 14E<br>Time Commenced: 9:05 a.m.<br>Time Concluded: 9:53 a.m.<br>Sealed Hearing Time:<br>Time in Court: Hours & 48 Minutes |

Defendant's true name if different from charging instrument:
☐ Parties ordered to file stipulation or proposed order for name change.
☐ Clerk of Court is directed to change name to:

Before Patrick J. Schiltz, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

 For Plaintiff: Harry Jacobs, David Steinkamp
 For Defendant: William Mauzy, William Dooling ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

 Interpreter/Language: /

☐ **Evidentiary Hearing** (only select if witness list filed)

☒ **Sentencing.**

☐ Hearing held on objections to the presentence report.

IT IS ORDERED:

Defendant is sentenced to:

| Count. No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | Y | | 48 months | | 2 years | | |

Said terms to run ☐ concurrently ☐ consecutively

☒ Special conditions of :

See J&C for special conditions

☒ Defendant sentenced to pay:
   ☐ Fine in the amount of $.
   ☒ Restitution in the amount of $12,000,000.
   ☐ Costs of prosecution in the amount of $ to be paid .
   ☒ Special assessment in the amount of $100 to be paid immediately.

☒ Plea and plea agreement accepted.
☐ Court Ordered Denial of Federal Benefits.
☒ Execution of sentence of imprisonment suspended until Tuesday, May 25, 2021 at 10:00 a.m..
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
☐ Execution of sentence of fine suspended.
☐ On Motion of the Gov't., the indictment in is dismissed as to this defendant only.
☐ Motion for departure is   ☐ granted    ☐ denied.
☐ Defendant remanded to the custody of the U.S. Marshal.

☒ Docket no.: 182 shall be unsealed at the time the judgment is filed.
☐ Docket no.:  shall remain sealed until.
☐ Docket no.:  shall be sealed indefinitely.

s/C. Glover<br>Courtroom Deputy