CASE 0:20-cr-00181-PJS-BRT   Doc. 258   Filed 03/11/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Dylan Shakespeare Robinson

Case No: 20-CR-0181(1) (PJS/BRT)
USM No: 45802-013

Date of Original Judgment: 04/28/2021
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Daniel Huddleston
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **48** months **is reduced to** **time served**.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Special Conditions of Supervised Release are modified to add the following condition: "If the defendant does not have an approved residence upon his release from the custody of the Bureau of Prisons, he must reside for up to 180 days, or until he can move into an approved residence, in a residential re-entry center as approved by the probation officer and he must follow all of the rules of that facility."

Except as otherwise provided, all provisions of the judgment dated **04/28/2021** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/07/2024

_____
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Patrick J. Schiltz, Chief Judge
*Printed name and title*